IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANCENE LORRAINE TRUJILLO,

        Plaintiff,

v.                                                                                                                 No. CV 22-120 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

### ORDER GRANTING EXTENSION OF TIME
### TO FILE PROOF OF SERVICE

**THIS MATTER** is before the Court on Plaintiff Francene Lorraine Trujillo's *Motion to Enlarge Time Within Which to File Proof of Service* (the "Motion"), (Doc. 7), filed June 9, 2022. On February 22, 2022, the Court granted Ms. Trujillo's *Motion for Leave to Proceed In Forma Pauperis,* (Doc. 3), and ordered service by the U.S. Marshals. (Doc. 4). In her Motion, Ms. Trujillo reports that "[d]ue to a clerical error," her counsel did not forward the required forms to the U.S. Marshals in a timely manner. (Doc. 7 at 1). She therefore requests "an enlargement of time of thirty (30) days" to file proof of service upon Defendant Commissioner Kilolo Kijakazi. *Id.*

Under FED. R. CIV. P. 4(m), "if the plaintiff shows good cause for the failure [to effect service], the court must extend the time for service for an appropriate period." The Court finds that Plaintiff has demonstrated sufficient cause to warrant an extension. As such, the Court will grant Plaintiff until **Monday, July 11, 2022** to file proof of service.

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

**IT IS THEREFORE ORDERED** that Plaintiff shall file proof of service upon Defendant Commissioner Kilolo Kijakazi by **Monday, July 11, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE