IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FRANCENE LORRAINE TRUJILLO,**

  **Plaintiff,**

  vs.              No. 1:22-cv-00120-KWR-JFR

**KILOLO KIJAKAZI, Acting Commissioner,**
Social Security Administration,

  **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed February 21, 2023. Doc. 34. Objections were due by no later than March 7, 2023. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 34) are **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand (Doc. 30) is **GRANTED** and this matter is remanded for an **IMMEDIATE AWARD OF BENEFITS**.

**IT IS SO ORDERED.**

                _____
                **KEA W. RIGGS**
                **UNITED STATES DISTRICT JUDGE**