IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FRANCENE LORRAINE TRUJILLO,**

    **Plaintiff,**

    **vs.**                                                                   No. 1:22-cv-00120-KWR-JFR

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order Adopting Magistrate Judge's Findings and Recommended Disposition (**Doc. 35**) entered on **March 8, 2023**, the Court remands this case to the Social Security Administration for an **IMMEDIATE AWARD OF BENEFITS.**

    IT IS SO ORDERED.

                                                                                            **KEA W. RIGGS**
                                                                                  **UNITED STATES DISTRICT JUDGE**