IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**FRANCENE LORRAINE TRUJILLO,**

      **Plaintiff,**

    vs.          No. 1:22-cv-00120-KWR-JMR

**KILOLO KIJAKAZI**,
**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

**ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

**UPON CONSIDERATION** of the parties' unopposed motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq. (ECF 27), the Court **HEREBY AWARDS** Plaintiff $8,703.50 in attorney fees under the EAJA. **IT IS FURTHER ORDERED** that the EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND APPROVED BY:**
_Electronically submitted 6/12/2023_
MATTHEW R. MCGARRY
Attorney for Plaintiff

_Electronically approved 6/12/2023_
MICHELLE C. VERDIS
Special Assistant United States Attorney

1