IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCENE LORRAINE TRUJILLO,

    Plaintiff,

v.                                                                  1:22-cv-00120-KWR-JMR

LELAND DUDEK,[1] Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on March 7, 2025. Doc. 45. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 8. No party has filed objections by the March 21, 2025 deadline.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition on Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 44) is ADOPTED;

2. The Court GRANTS plaintiff's motion for attorney's fees (Doc. 44) and awards counsel $19,736.00 in attorney's fees pursuant to 42 U.S.C. § 406(b)(1) for representing plaintiff before this Court.

---

[1] Leland Dudek became the Acting Commissioner of the Social Security Administration on February 16, 2025, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).

3.  Upon receipt of the 406(b)(1) fees here awarded, counsel shall refund to plaintiff the $14,771.50 in attorney's fees awarded under the Equal Access to Justice Act.


    /S/ KEA W. RIGGS
UNITED STATES DISTRICT JUDGE